U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 23 2016

TONY R. MOORE CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

b

| | |
|---|---|
| TRAVIS DENORRIS ARNOLD | CIVIL ACTION NO. 1:15-CV-01736 |
| | Section P |
| VERSUS | CHIEF JUDGE DRELL |
| UNIT MANAGER HUDDLESTON, et al., | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Plaintiff Arnold filed an "Affidavit Letter to the Clerk" (Doc. 19) in which he asked the Clerk of Court to "cease and desist" all payments being made pursuant to *in forma pauperis* orders by the Federal Bureau of Prisons employees.

Arnold asked the Court to allow him to proceed *in forma pauperis* in his many lawsuits. *In forma pauperis* status is a privilege that allows prisoners to proceed with a lawsuit without the prepayment of filing fees. Instead, the filing fees are paid in monthly installments. That privilege was granted to Arnold, and Arnold remains obligated to pay the full filing fee for each of his lawsuits. Compare Johnson v. Stewart, 2010 WL 8737105, *3 (6th Cir. 2010).

Arnold's request to discontinue his *in forma pauperis* filing fee payments (Doc. 19) IS DENIED.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 23rd day of March 2016.

Joseph H.L. Perez-Montes
United States Magistrate Judge